MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN NYBN 4294443)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0307 WHA |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| v. ) | |
| AHMED RACHID, ) | Date: September 4/September 18, 2012<br>Time: 2:00 p.m. |
| Defendant. ) | |

     On June 19, 2012, the parties appeared before the Court and set a schedule for the briefing of a motion to suppress. On August 1, the defendant filed his motion to suppress and on August 15 the government responded. The Court is currently scheduled to hear argument on the motion on September 4, 2012. However, due to a scheduling error by government counsel, government counsel will be out of the country on September 4, 2012. The parties have conferred with the Court's deputy and have been informed that the Court is available to hear argument on this matter on September 18. The parties therefore stipulate that this matter should be continued until September 18, 2012. Exclusion of this time from the running of the speedy trial clock is automatic because the defendant's motion has been filed and is under consideration of the Court.

//

STIP. AND [PROP.] ORD. TO CONT. HEARING
U.S. v. RACHID; CR 12-0307 WHA

1  SO STIPULATED.

2  DATED: August 20, 2012                    MELINDA HAAG
                                             United States Attorney
3
                                             _____/s/_____
4                                            BENJAMIN TOLKOFF
                                             Assistant United States Attorney
5

6  DATED: August 20, 2012
                                             _____/s/_____
7                                            STUART HANLON
                                             Attorney for AHMED RACHID
8

9

10     For the reasons set forth above, the Court hereby orders this matter continued from

11 September 4, to September 18, 2012.

12

13 SO ORDERED.

14

15 DATED:   August 22, 2012.                 _____

16                                           William Alsup
                                             UNITED STATES DISTRICT JUDGE
17

18

STIP. AND [PROP.] ORD. TO CONT. HEARING
U.S. v. RACHID; CR 12-0307 WHA