IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AHMED RACHID,<br><br>  Defendant.<br>_____/ | No. CR 12-00307 WHA<br><br>**REQUEST FOR PROBATION<br>AND GOVERNMENT RESPONSE** |

    Defendant Ahmed Rachid has filed a motion to reduce his sentence under Amendment 782 to the United States Sentencing Guidelines. The probation department and the government are requested to respond by **OCTOBER 5, 2015.**

Dated: September 21, 2015.

                                                           WILLIAM ALSUP<br>
                                                           UNITED STATES DISTRICT JUDGE