IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>AHMED RACHID,<br><br>    Defendant.<br>                                         / | No. CR 12-0307 WHA<br><br>**ORDER RE RECENTLY RECEIVED MOTION** |

Offender Ahmed Rachid has filed a motion to dismiss his conviction based on "exclusive legislative and sobject [sic] matter jurisdiction persuant [sic] to Rule 12(b)(1) federal rules of civil procedures [sic]" (Dkt. No. 65). In 2012, the offender pled guilty to possession with intent to distribute seven kilograms of cocaine. Pursuant to the plea agreement, he was sentenced to 54 months in prison. The recently filed motion, which is largely incomprehensible, appears to argue that his criminal conviction should be dismissed under the Federal Rules of Civil Procedure. This is not a proper basis on which to dismiss a criminal conviction and the offender's motion is thus **DENIED**.

**IT IS SO ORDERED.**

Dated: December 21, 2015.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE